**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MACDERMID PRINTING SOLUTIONS LLC, | : | |
| | : | |
| | : | CIVIL ACTION NO. 3:08-CV-01649 (MPS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| CORTRON CORPORATION, | : | June 18, 2014 |
| | : | |
| Defendant. | : | |

**<u>PROPOSED MID-TRIAL JURY INSTRUCTION ON INFRINGEMENT</u>**

You have heard, and will hear, testimony and evidence about whether MacDermid

Printing Solutions LLC ("MacDermid") infringed U.S. Patent No. 6,797,454 ( "'454 Patent")

owned by E.I. du Pont Nemours and Company ("Dupont"). I will instruct you on the law at the

conclusion of evidence. For now, it is important for you to bear in mind that MacDermid

stipulated earlier in this case that Cortron does not need to prove actual infringement in order to

prove its counterclaims or defenses.

DATED:  June 18, 2014

Respectfully submitted,

Cortron Corporation


By */s/ Nuala E. Droney*
Craig A. Raabe (CT04116)
Nuala E. Droney (CT27192)
Jamie M. Landry (CT27358)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
*craabe@rc.com*; *ndroney@rc.com;*
*jlandry@rc.com*

ATTORNEYS FOR THE
DEFENDANT/COUNTERCLAIM
PLAINTIFF CORTRON
CORPORATION

## CERTIFICATION

This is to certify that on June 18, 2014 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_/s/ *Nuala E. Droney*_
Nuala E. Droney