**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MACDERMID PRINTING SOLUTIONS, L.L.C., | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) | CIVIL NO. 3:08-CV-01649 (MPS) |
| v. | ) ) | |
| CORTRON CORPORATION, | ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | JUNE 18, 2014 |

**<u>PROPOSED LIMITING INSTRUCTION REGARDING INDEMNIFICATION CLAUSE</u>**

During trial, you heard certain testimony and evidence relating to an indemnification clause in the Settlement Agreement (Plaintiff's Ex. 120) between Cortron and DuPont.  Should you determine that Cortron is liable to MacDermid, I instruct you not to consider the indemnification clause when considering MacDermid's entitlement to damages or the amount of those damages.  Rather, if you find that damages are due, you must assess the claims and defenses of all parties and award damages without regard to whether DuPont has agreed to indemnify Cortron and you must treat all parties in an equal and unbiased fashion.

Respectfully submitted,

Cortron Corporation


By /s/ Nuala E. Droney
Craig A. Raabe (CT04116)
Nuala E. Droney (CT27192)
Jamie M. Landry (CT27358)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
craabe@rc.com; ndroney@rc.com;
jlandry@rc.com

ATTORNEYS FOR THE
DEFENDANT/COUNTERCLAIM
PLAINTIFF CORTRON
CORPORATION

## **CERTIFICATION**

This is to certify that on June 18, 2014 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

__/s/ *Nuala E. Droney*_____
Nuala E. Droney