UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MACDERMID PRINTING SOLUTIONS LLC

       v.                                CASE NO. 3:08CV1649(MPS)

CORTRON CORPORATION

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Michael P. Shea, United States District Judge, and the issues having been duly tried and the jury having rendered its verdict on July 8, 2014 in favor of the plaintiff.

The plaintiff having moved for an award of reasonable attorney's fees and an award of offer-of-compromise interest, following a jury verdict in its favor on all counts. The Court having considered the full record of the case including applicable principles of law, and having filed its Ruling on February 11, 2015 entering judgment in favor of the plaintiff in the amount of $64,670,821, which represents $19,757,854 in compensatory damages, $27,538,889 in punitive damages, $2,641,587 in attorney's fees and $14,732,491 in offer-of-compromise interest; it is therefore

ORDERED and ADJUDGED that the judgment is entered in favor of the plaintiff in the amount of $64,670,821, which includes $19,757, 854 in compensatory damages, $27,538,889 in punitive damages, $2,641,587 in attorney's fees and $14,732,491 in offer-of-compromise interest.

Dated at Hartford, Connecticut, this 17th day of February, 2015.

                                                 ROBIN D. TABORA, Clerk

                                                 By      /s/
                                                    Devorah Johnson
                                                    Deputy Clerk

EOD 2/17/15