UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACDERMID PRINTING SOLUTIONS LLC, | : <br> : <br> : CIVIL NO. 08-CV-1649 (MPS) <br> : |
| Plaintiff, | : |
| v. | : |
| | : |
| CORTRON CORPORATION, | : February 27, 2015 |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Cortron Corporation, defendant and counterclaim plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 17th day of February, 2015.

1

Respectfully Submitted,

THE DEFENDANT/COUNTERCLAIM
PLAINTIFF CORTRON CORPORATION

By:   */s/ John P. Elwood*
     John P. Elwood, *pro hac vice* (ct18593)
     Joshua S. Johnson, *pro hac vice* (phv06929)
     Vinson & Elkins LLP
     2200 Pennsylvania Avenue, NW
     Suite 500 West
     Washington, DC 20037-1701
     Tel:  202-639-6518
     Fax:  202-879-8917
     jelwood@velaw.com
     joshjohnson@velaw.com

     Craig A. Raabe (ct04116)
     Nuala E. Droney (ct27192)
     Kristopher I. Moore (ct29143)
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT 06103-3597
     Tel:  860-275-8200
     Fax:  860-275-8299
     craabe@rc.com
     ndroney@rc.com
     kmoore@rc.com

     *Counsel for the Defendant/Counterclaim*
     *Plaintiff Cortron Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 27, 2015, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

DATED:  February 27, 2015         */s/ John P. Elwood*
                                    John P. Elwood, *pro hac vice* (ct18593)
                                    Joshua S. Johnson, *pro hac vice* (phv06929)
                                    Vinson & Elkins LLP
                                    2200 Pennsylvania Avenue, NW
                                    Suite 500 West
                                    Washington, DC 20037-1701
                                    Tel:  202-639-6518
                                    Fax:  202-879-8917
                                    jelwood@velaw.com
                                    joshjohnson@velaw.com

                                    Craig A. Raabe (ct04116)
                                    Nuala E. Droney (ct27192)
                                    Kristopher I. Moore (ct29143)
                                    Robinson & Cole LLP
                                    280 Trumbull Street
                                    Hartford, CT 06103-3597
                                    Tel:  860-275-8200
                                    Fax:  860-275-8299
                                    craabe@rc.com
                                    ndroney@rc.com
                                    kmoore@rc.com

                                    *Counsel for the Defendant/Counterclaim Plaintiff Cortron Corporation*